# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**GREGORY DEATRICK BEARD,**

    **Petitioner,**

**v.**                                           Case No. 1:23-cv-256-AW-MJF

**STATE OF FLORIDA,**

    **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner sought § 2254 relief, but he has now failed to comply with court orders and failed to prosecute the action. The magistrate judge recommends dismissal (ECF No. 13), and Petitioner has offered no objection to the report and recommendation.

I have considered the report and recommendation, and I now adopt it and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to prosecute and failure to comply with court orders." The clerk will then close the file.

SO ORDERED on March 4, 2024.

                                            s/ *Allen Winsor*
                                            United States District Judge